UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br><br>GEORGE WILLIAMS, STEVEN COSTELLO, and JOHN DOES 1-10,<br><br><br>*Defendants*. | Civil Action No. 13-2584 (KSH) (CLW)<br><br><br><br><u>ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AND<br>ENTERING FINAL JUDGMENT BY DEFAULT</u> |

This matter having been opened to the Court by plaintiff, United of Omaha Life Insurance Company ("United"), by its attorneys, Drinker Biddle & Reath LLP, seeking the entry of Final Judgment by Default against defendant, George Williams, pursuant to Fed. R. Civ. P. 55(b)(2); and the Complaint in this matter having been filed on April 23, 2013, seeking a declaration that the insurance policy Williams procured from United (the "Policy") is void *ab initio* due to a lack of insurable interest at its inception [D.E. 1]; and service of the Summons and Complaint having been effectuated with respect to Williams by personally serving a person of suitable age and discretion at his actual place of residence on September 10, 2013 [D.E. 12], and by sending a copy of the Summons and Complaint to his actual place of residence via first class mail on September 11, 2013; and default having been entered by the Clerk of the Court on April 11, 2014 against Williams for his failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

1

**IT IS** on this 30th day of December 2014,

**ORDERED** that the motion for default judgment against Williams [D.E. 15] is granted; and it is further

**ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of United against Williams on all counts of the Complaint.

2. United is discharged from any and all liability as to Williams, or anyone that may claim through him, in connection with, arising out of, or relating to the Policy, including, but not limited to Williams' request to change ownership to the Policy, or any premiums paid thereunder.

3. Williams is enjoined and restrained from commencing or further prosecuting any other proceedings in any state or United States against United with respect to the Policy.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.